Submitted December 17, 2021, affirmed January 12, 2022

Gene ALBRECHT,
Trustee of the Gene H. Albrecht Trust;
James Dunn, an individual; and
Eastmoreland Racquet Club Estates
Homeowners' Association, Inc.,
an Oregon domestic nonprofit corporation,
*Petitioners-Appellants,*

*v.*

CITY OF PORTLAND,
a municipal corporation of the State of Oregon,
by and through its Bureau of Development Services;
and Delta Development Company,
an Oregon domestic limited liability company,
*Defendants-Respondents.*

Multnomah County Circuit Court
19CV17237; A174293

501 P3d 562

Katharine von Ter Stegge, Judge.

Christopher P. Koback and Hathaway Larson LLP filed the briefs for appellants.

Denis Vannier filed the brief for respondent City of Portland.

No appearance for respondent Delta Development Company.

Before DeHoog, Presiding Judge, and Mooney, Judge, and DeVore, Senior Judge.

PER CURIAM

Affirmed. *Albrecht v. Emmert*, 317 Or App 42, 505 P3d 492 (2022).